## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

**SHERIA C. JOHNSON,**

      Plaintiff,                        CASE NO.: 2:22-cv-93

vs.

**TRACEY BURTON, AND
PREFERRED INSURANCE
SOLUTIONS, LLC**

      Defendants.

_____/

### AMENDED MOTION FOR DEFAULT JUDGMENT

Comes now, Plaintiff, Sheria C. Johnson, and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the Defendants, Tracey Burton and Preferred Insurance Solutions, LLC, derived from the surrender charge incurred by Plaintiff with respect to the Allianz Life Pro+ Fixed Index Universal Life Insurance Policy at issue in this matter as reflected in the document submitted contemporaneously herewith as Exhibit A to Affidavit of Matthew L. Schwartz, and Plaintiff, which are submitted in support of this Amended Motion for Entry of Default Judgment, in the amount of Five Hundred Twenty-Nine Thousand Five Hundred Seventy and 78/100 ($529,570.78), plus costs of this litigation in the amount of Eight Hundred Sixty Two and 00/100 ($862.00) pursuant to Federal Rule of Civil Procedure 54(d)(1), plus interest from the date that judgment is entered pursuant to 28 U.S.C.A. § 1961, for a total of Five Hundred Thirty

Thousand Four Hundred Thirty Two and 78/100 ($530,432.78), which is a sum certain.

Upon information and belief, Defendant, Tracey Burton is not a minor, an incompetent person and is not in active military service. Plaintiff seeks liquidated damages in the amount of Five Hundred Thirty Thousand Four Hundred Thirty Two and 78/100 ($530,432.78), which is a sum certain, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedures.

In support of this request, Plaintiff, Sheria C. Johnson, relies upon the record in this case, the affidavit of Matthew L. Schwartz submitted herein, as well as her own affidavit.

Respectfully submitted,

By:    /s/ Matthew L. Schwartz
Matthew L. Schwartz
Fla. Bar. No. 15713
*Pro Hac Vice*
The Schwartz Law Firm, P.A.
1646 W. Snow Ave.
Suite 46
Tampa, FL 33606
Email: mschwartz@tslfirm.com
813-537-3600
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November 2022, the foregoing document

is being served on all counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF and via Federal Express delivery to the following:

Preferred Insurance Solutions, LLC
Registered Agent: William E. Hughes
129 Carden Drive
Elizabethton, TN 37643-3829

Tracey Burton
1127 N. Eastman Road, Suite F
Kingsport, TN 37664

By:   /s/ Matthew L. Schwartz
Matthew L. Schwartz
Fla. Bar. No. 15713
*Pro Hac Vice*
The Schwartz Law Firm, P.A.
1646 W. Snow Ave.
Suite 46
Tampa, FL 33606
Email: mschwartz@tslfirm.com
813-537-3600

3