IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

**SHERIA C. JOHNSON,**

    Plaintiff,                                         CASE NO.: 2:22-cv-93

vs.

**TRACEY BURTON, AND
PREFERRED INSURANCE
SOLUTIONS, LLC**

    Defendants.
_____/

### SECOND AMENDED MOTION FOR DEFAULT JUDGMENT

        Comes now, Plaintiff, Sheria C. Johnson, and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the Defendants, Tracey Burton and Preferred Insurance Solutions, LLC, derived from the surrender charge incurred by Plaintiff with respect to the Allianz Life Pro+ Fixed Index Universal Life Insurance Policy at issue in this matter, as reflected in the Affidavit of Allianz Life Insurance Company of North America, and the Affidavit of Matthew L. Schwartz, which are submitted in support of this Second Amended Motion for Entry of Default Judgment, in the amount of Seventy Six Thousand Eight Hundred Ninety One and 69/100 ($76,891.69), plus costs of this litigation in the amount of One Thousand Two and 00/100 ($1,002.00) pursuant to Federal Rule of Civil Procedure 54(d)(1), plus interest from the date that judgment is

entered pursuant to 28 U.S.C.A. § 1961, for a total of Seventy Seven Thousand Eight Hundred Ninety Three and 69/100 ($77,893.69), which is a sum certain.

Upon information and belief, Defendant, Tracey Burton is not a minor, an incompetent person and is not in active military service. Plaintiff seeks liquidated damages in the amount of of Seventy Seven Thousand Eight Hundred Ninety Three and 69/100 ($77,893.69), which is a sum certain, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedures.

In support of this request, Plaintiff, Sheria C. Johnson, relies upon the record in this case, the affidavit of the Affidavit of Allianz Life Insurance Company of North America, and the Affidavit of Matthew L. Schwartz.

Respectfully submitted,

By: /s/ Matthew L. Schwartz
Matthew L. Schwartz
Fla. Bar. No. 15713
*Pro Hac Vice*
The Schwartz Law Firm, P.A.
1646 W. Snow Ave.
Suite 46
Tampa, FL 33606
Email: mschwartz@tslfirm.com
813-537-3600
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January 2023, the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and via USPS delivery to the following:

Preferred Insurance Solutions, LLC
Registered Agent: William E. Hughes
129 Carden Drive
Elizabethton, TN 37643-3829

Tracey Burton
1127 N. Eastman Road, Suite F
Kingsport, TN 37664

By: /s/ Matthew L. Schwartz
Matthew L. Schwartz
Fla. Bar. No. 15713
*Pro Hac Vice*
The Schwartz Law Firm, P.A.
1646 W. Snow Ave.
Suite 46
Tampa, FL 33606
Email: mschwartz@tslfirm.com
813-537-3600