UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SHERIA C. JOHNSON, ) | |
| ) | Case No. 2:22-cv-93 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| TRACEY BURTON and PREFERRED ) | |
| INSURANCE SOLUTIONS, LLC, ) | |
| ) | |
| *Defendants*. ) | |

## DEFAULT JUDGMENT

Defendants Tracey Burton and Preferred Insurance Solutions, LLC, having failed to plead or otherwise defend in this action, and default having been entered, upon application of Plaintiff and upon affidavit that Defendants are indebted to Plaintiff in the principal sum of $77,893.69 plus interest thereon; that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff, Sheria Johnson, recover of Defendants, Tracey Burton and Preferred Insurance Solutions, LLC, jointly and severally, the sum of $77,893.69, plus filing costs and interest according to law from the date of this judgment until the full amount is paid. This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT